UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************

| | |
|---|---|
| J. Keith Radecic, | * |
|     Plaintiff | * |
| | * |
| v. | * Docket No.: 1:20-CV-00495-AJ |
| | * |
| Southern New Hampshire | * |
| Radiology Consultants, P.C., | * |
|     Defendant | * |

*******************************************

## **JOINT MOTION TO AMEND THE DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the parties hereby move this Honorable Court to modify its Scheduling Order, dated July 17, 2020, Document 8. Specifically, the parties request that the Court modify the discovery schedule as follows:

1. Expert Disclosures and Reports, New Deadline: Plaintiff, June 1, 2021; Defendant, August 1, 2021.

2. Completion of Discovery, New Deadline: November 15, 2021.

3. Motions for Summary Judgement, New Deadline December 15, 2021.

The parties state that there have delays in procuring medical records and other documents with the result that no depositions have taken place as of yet.

Wherefore, for the foregoing reasons, the parties request that the foregoing deadlines be substituted for those set forth in the Court's Scheduling Order, dated July 17, 2020, Document 8.

Respectfully submitted,

By: \s\ Francis G. Murphy
    Francis Murphy, Esquire
    NH BAR ID 1840
    *Attorney for Plaintiff*
    180 Bridge Street
    Manchester, NH 03104
    (603) 669-8080
    fmurphy@shaheengordon.com

By: \s\Mark V. Franco
    Mark V. Franco, Esquire
    Bar No. 16708
    *Attorney for Defendant*
    DRUMMOND WOODSUM
    84 Marginal Way, Suite 600
    Portland, ME 04101-2480
    mfranco@dwmlaw.com

Dated: 03/12/21