Civil Form 3, Extending Deadlines Established by Discovery Plan         Amended 12/1/17

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Plaintiff(s) J. Keith Radecic

v.                                    Civil No. 1:20-CV-00495-AJ

Defendant(s) Southern New Hampshire Radiology Consultants, P.C.

**ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S SCHEDULING ORDER**

[List the scheduling designations that are applicable to your case. This draft is *merely* an exemplar and includes deadlines listed in Civil Form 2, Sample Discovery Plan.]

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | 9/15/21 | 11/15/21 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | 4/1/21 | 6/1/21 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | 5/15/21 | 8/1/21 |
| Challenges to Expert Testimony | | |
| Disclosure of Claims Against Unnamed Parties | | |
| Joinder of Additional Parties (Plaintiff) | | |
| Joinder of Additional Parties (Defendant) | | |
| Third-Party Actions | | |
| Amendment to Pleadings (Plaintiff) | | |
| Amendment to Pleadings (Defendant) | | |
| Motions to Dismiss | | |
| Motions for Summary Judgment | 10/15/21 | 12/15/21 |
| Trial | | |