UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| J. KEITH RADECIC<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHERN NEW HAMPSHIRE RADIOLOGY CONSULTANTS, P.C.<br><br>*Defendant.* | Civil Action No. 1:20-CV-495-SM |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action shall be dismissed, with prejudice, each party to bear its own costs.

Dated: August 6, 2021        /s/ Francis Murphy
                             Francis Murphy, Esq., Bar No. 1840
                             *Attorney for Plaintiff*
                             **SHAHEEN & GORDON, P.A.**
                             **180 Bridge Street**
                             Manchester, NH   03104
                             Tel: (603) 669-8080
                             fmurphy@shaheengordon.com

Dated: August 6, 2021        /s/ Mark V. Franco
                             Mark V. Franco, Esq., Bar No. 16708
                             *Attorney for Defendant*
                             **DRUMMOND WOODSUM**
                             84 Marginal Way, Suite 600
                             Portland, ME 04101
                             Tel: (207) 772-1941
                             mfranco@dwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2021, I filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send electronic notice of same to all counsel of record.

Dated: August 6, 2021    /s/ Francis Murphy
Francis Murphy, Esq., Bar No. 1840
*Attorney for Plaintiff*
**SHAHEEN & GORDON, P.A.**
180 Bridge Street
Manchester, NH   03104
Tel: (603) 669-8080
fmurphy@shaheengordon.com